**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| U.S. Borax Inc., <br><br> Plaintiff, <br><br> vs. <br><br> CMC Heartland Partners, Heartland Development Corporation, and Ryan Companies US, Inc., <br><br> Defendants. | Case No. 05-cv-2862 (MJD/AJB) <br><br> **ORDER GRANTING STAY REQUEST** |

      Now pending before the Court is the stipulated request for a stay filed by Plaintiff U.S. Borax Inc. and Defendant Ryan Companies US, Inc., filed on May 12, 2006 (court docket #44).  For the reasons set forth in that joint stipulation, the Court GRANTS the stay request.  To the extent not already stayed by the bankruptcy filing made by Defendants CMC Heartland Partners and Heartland Development Corporation, the remainder of this lawsuit between Borax and Ryan is stayed for six months from the date of this order.  Furthermore, the Court authorizes Borax and Ryan to schedule a case management conference at the end of the six-month stay.  In addition, if developments warrant it before the six-month stay has expired, Borax and/or Ryan are authorized to schedule a case management conference during the six-month stay to discuss those developments with the Court.

      **IT IS SO ORDERED.**

Dated:  May 15, 2006                  **BY THE COURT:**

                                              s / Michael J. Davis
                                              Michael J. Davis
                                              United States District Court Judge